# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| | § |
| **In re:** | § **Chapter 11** |
| | § |
| **SAEXPLORATION HOLDINGS, INC.,** *et al.*, | § **Case No. 20-34306 (MI)** |
| | § |
| | § **(Jointly Administered)** |
| **Debtors.**[1] | § |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### <u>Introduction</u>

The Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (collectively, the "<u>Statements</u>," and, together with the Schedules, the "<u>Schedules and Statements</u>") filed by SAExploration Holdings, Inc. ("<u>SAE</u>") and its affiliates as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>"), were prepared in accordance with section 521 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by John Simmons, Vice President and Chief Financial Officer of SAE. Mr. Simmons has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Simmons has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Simmons necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: SAExploration Holdings, Inc. (7100), SAExploration Sub, Inc. (8859), SAExploration, Inc. (9022), SAExploration Seismic Services (US), LLC (5057), and NES, LLC. The address of the Debtors' headquarters is: 1160 Dairy Ashford Road, Suite 160, Houston, TX 77079.

10723844

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

## Global Notes and Overview of Methodology

1. **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Cases and "As Of" Information Date.** On August 27, 2020 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court on August 28, 2020 [Docket No. 22]. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. Unless otherwise stated herein, assets and liabilities are reported as of July 31, 2020.

3. **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. The Debtors, however, along with their wholly-owned non-Debtor subsidiaries, prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4. **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including but not limited to certain deferred expenses and deferred revenue items, lease assets and related lease liabilities and certain accrued liabilities. The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6. **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7. **References.** References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8. **Currency.** All amounts are reflected in U.S. dollars. Amounts originally denominated in foreign currencies have been converted to US dollar equivalents in accordance with the Debtors pre-filing accounting practices.

9. **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of their net book values as of July 31, 2020. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market

values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

10. **Paid Claims.** The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities as of the Petition Date may have been reduced by postpetition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, after incorporating invoices received postpetition for prepetition services.  Where the Debtors made postpetition payments on certain prepetition claims pursuant to "first day" orders entered by the Bankruptcy Court, the Schedules mark such claims as contingent and unliquidated.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claim objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11. **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

12. **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

13. **Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of

the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. **Intercompany Claims.** The Debtors' intercompany balances are reported as of July 31, 2020. Intercompany balances were obtained from unaudited financial statements of the Debtors. The intercompany balances reflect transactions arising from activity between a Debtor and either other Debtors or non-Debtor affiliates. As explained in the *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Bank Accounts and Business Forms, and (II) Granting Related Relief* [Docket No. 7] (the "Cash Management Motion"), the Debtors' cash management system includes eighteen bank accounts controlled by the Debtors at Wells Fargo Bank, N.A. ("Wells Fargo"), HSBC Bank USA, N.A. ("HSBC"), Kotak Mahindra Bank ("Kotak"), Texas Champions Bank ("Texas Champions"), Banco Nacional de Bolivia, Banco de Bogota Miami, Banco BBVA, and Credicorp Capital Colombia SA (collectively, the "Banks"). The Debtors reserve the right to amend the Schedules to the extent that further analysis would materially impact the amounts shown.

16. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

10723844

18.     **Claims Description.** Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19.     **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20.     **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21.     **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22.     **Employee Addresses.** Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

23.     **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

24.     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

25.     **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items,

including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

26. **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

27. **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

### General Disclosures Applicable to Schedules

28. **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

29. **Schedule A/B - Real and Personal Property.**

   a) Schedule A/B.3. Bank account balances are as of the end of business on Petition Date.

   b) Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined. The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

30. **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before July 31, 2020.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the

Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

31.    **Schedule E/F— Creditors Holding Unsecured Claims.** The Debtors have not listed on Schedule E/F any tax related obligations, save for open tax audits, which the Debtors have been granted authority to pay pursuant to the *Order Approving the Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations, and (II) Authorizing Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Funds Transfer Requests Related to Such Obligations* [Docket No. 43]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation and involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

32.     **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

33.     **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid

unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by various Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

### General Disclosures Applicable to Statements

34.     **Question 3.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

35.     **Question 4.** For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the respective Debtor so as to dictate corporate policy and the disposition of assets. Certain officers of the Debtors have been excluded, as the Debtors do not believe these individuals' duties and responsibilities meet the criteria for inclusion. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

36.     **Question 7.** The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and

proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

37.    **Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

38.    **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including certain real and personal property assets related to 3rd parties in the ordinary course of business. Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

39.    **Question 26d.** The Debtors routinely provide financial information to current and potential banks, customers, suppliers, advisors, governmental authorities, landlords, investors, and other financial institutions in the ordinary course, and in association with its debt restructuring efforts.

40.    **Question 27.** No consumable inventory is recorded on the Debtors' financial statements.

41.    **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

10723844

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SAExploration Seismic Services (US), LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 20-34309 |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNKNOWN |
   |---|

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $8,741,212.00 |
   |---|

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $8,741,212.00 |
   |---|

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $109,500,000.00 |
   |---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNKNOWN |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

   | + | $6,344,201.00 |
   |---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $115,844,201.00 |
   |---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | SAExploration Seismic Services (US), LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 20-34309 |

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**04/19**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     CASH AND CASH EQUIVALENTS

1.   **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **CASH ON HAND**

  NONE

3.   **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
     *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.     WELLS FARGO | CHECKING | 1565 | $588,594.00 |

4.   **OTHER CASH EQUIVALENTS**

  NONE

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $588,594.00 |
|---|---|---|

### Part 2:     DEPOSITS AND PREPAYMENTS

6.   **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.   **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1.     BLANKET BOND - WY OIL AND GAS CONSERVATION COMMISSION | $50,000.00 |
|---|---|
| 7.2.     DEPOSIT - TRAFFORD COMMERCE | $1,000.00 |
| 7.3.     GEOPHYSICAL EXPLORATION BOND - ND STATE, OIL AND GAS DIVISION | $50,000.00 |
| 7.4.     GEOPHYSICAL SURETY BOND - STATE OF MT | $25,000.00 |

| Debtor | SAExploration Seismic Services (US), LLC | Case number (if known) | 20-34306 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.5. | PERFORMANCE BOND - CO OIL AND GAS CONSERVATION COMMISSION | $25,000.00 |
|---|---|---|
| 7.6. | PERFORMANCE BOND - PA GAME COMMISSION | $66,000.00 |
| 7.7. | PERFORMANCE BOND - PA GAME COMMISSION | $45,000.00 |

**8.   PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | PREPAID INSURANCE - FIRST INSURANCE FUNDING OF CANADA | $333,439.00 |
|---|---|---|
| 8.2. | PREPAID INSURANCE - ROGERS INSURANCE | $2,711.00 |
| 8.3. | PREPAID PROPERTY TAXES - NORTH SLOPE BOROUGH | $19,115.00 |

**9   Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$617,265.00

## Part 3:   ACCOUNTS RECEIVABLE

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.   ACCOUNTS RECEIVABLE**

| MITCHAM INDUSTRIES INC. | $22,863.00 face amount | - | - doubtful or uncollectable accounts | = → | $22,863.00 |
|---|---|---|---|---|---|
| TARGA RESOURCES | -$35,000.00 face amount | - | - doubtful or uncollectable accounts | = → | ($35,000.00) |
| VECTOR SEISMIC DATA PROCESSING, INC. | $156,406.00 face amount | - | - doubtful or uncollectable accounts | = → | $156,406.00 |

**12   Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$144,269.00

## Part 4:   INVESTMENTS

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**NONE**

**15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1.   INVESTMENT IN SAEXPLORATION (BRASIL) SERVICOS SISMICOS LTDA. | .01% | UNKNOWN | UNKNOWN |

**16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**NONE**

Debtor   SAExploration Seismic Services (US), LLC
_____
(Name)

Case number (if known)   20-34306

| | |
|---|---|
| 17 | **Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNKNOWN |

**Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS**

18. **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

| | |
|---|---|
| 23 | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes   Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:   FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

27. **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| | |
|---|---|
| 33 | **Total of Part 6.**<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

Debtor   SAExploration Seismic Services (US), LLC                    Case number (if known)   20-34306

(Name)

---

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.** DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** OFFICE FURNITURE | | | |
| NONE | | | |
| **40.** OFFICE FIXTURES | | | |
| NONE | | | |
| **41.** OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
| 41.1.   OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE | $6,265.00 | NET BOOK VALUE | $6,265.00 |
| **42.** COLLECTIBLES *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

**43.** Total of Part 7.
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

| | $6,265.00 |
|---|---|

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☒ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES | | | |
| 47.1.   TRUCKS | $5,605.00 | NET BOOK VALUE | $5,605.00 |
| **48.** WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| 48.1.   VESSELS | $627,963.00 | NET BOOK VALUE | $627,963.00 |
| **49.** AIRCRAFT AND ACCESSORIES | | | |
| NONE | | | |

Debtor   SAExploration Seismic Services (USA), LLC                    Case number (if known)   20-34306
         (Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.1.  SEISMIC EQUIPMENT | $2,813,814.00 | NET BOOK VALUE | $2,813,814.00 |

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.                            $3,447,382.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  13645 N. PROMENADE BLVD STAFFORD TX 77477 | LEASE | UNKNOWN | | UNKNOWN |
| 55.2.  211 RANDON FRYER RD ROSENBERG TX 77471 | LEASE | UNKNOWN | | UNKNOWN |
| 55.3.  BYCO YARD  ROSENBERG TX | LEASE | UNKNOWN | | UNKNOWN |

**56  Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.                            UNKNOWN

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

NONE

**61.  INTERNET DOMAIN NAMES AND WEBSITES**

NONE

**62.  LICENSES, FRANCHISES, AND ROYALTIES**

Debtor    SAExploration Seismic Services (US), LLC                    Case number (if known)    20-34306
          (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| | NONE | | | |
| 63. | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| | 63.1.   CUSTOMER LIST | UNKNOWN | UNKNOWN | UNKNOWN |
| 64. | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| | NONE | | | |
| 65. | **GOODWILL** | | | |
| | NONE | | | |
| 66 | Total of Part 10.<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNKNOWN |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

70. **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | NONE | |
| 72. | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | NONE | |
| 73. | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| | NONE | |
| 74. | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| | **Nature of claim**   ISSUES RELATING TO PAYROLL TAX FILINGS WITH THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION | |
| | **Amount requested**   UNKNOWN<br>ADP TAX SERVICES, INC. | UNKNOWN |
| | **Nature of claim**   ISSUES RELATING TO PAYROLL TAX FILINGS WITH THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION | |
| | **Amount requested**   UNKNOWN<br>ADP, INC. | UNKNOWN |
| | **Nature of claim**   CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| | **Amount requested**   UNKNOWN<br>ALAN B. MENKES | UNKNOWN |

| Debtor | SAExploration Seismic Services (US), LLC | Case number (if known) | 20-34306 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| | | |
|---|---|---|
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| BRENT WHITELEY | | UNKNOWN |
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| BRIAN BEATTY | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| GARY DALTON | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| JACOB MERCER | | UNKNOWN |
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| JEFFREY HASTINGS | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| L. MELVIN COOPER | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| MICHAEL FAUST | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| MICHAEL KASS | | UNKNOWN |
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| RYAN ABNEY | | UNKNOWN |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| | | |
|---|---|---|
| **Nature of claim** | ISSUES RELATING TO PAYROLL TAX FILINGS WITH THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION | |
| **Amount requested** | UNKNOWN | |
| ADP TAX SERVICES, INC. | | UNKNOWN |
| **Nature of claim** | ISSUES RELATING TO PAYROLL TAX FILINGS WITH THE OKLAHOMA EMPLOYMENT SECURITY COMMISSION | |
| **Amount requested** | UNKNOWN | |
| ADP, INC. | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| ALAN B. MENKES | | UNKNOWN |
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| BRENT WHITELEY | | UNKNOWN |
| **Nature of claim** | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| BRIAN BEATTY | | UNKNOWN |
| **Nature of claim** | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| **Amount requested** | UNKNOWN | |
| GARY DALTON | | UNKNOWN |

| Debtor | SAExploration Seismic Services (US), LLC | Case number (if known) | 20-34306 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| | | |
|---|---|---|
| Nature of claim | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| JACOB MERCER | | UNKNOWN |
| Nature of claim | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| JEFFREY HASTINGS | | UNKNOWN |
| Nature of claim | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| L. MELVIN COOPER | | UNKNOWN |
| Nature of claim | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| MICHAEL FAUST | | UNKNOWN |
| Nature of claim | CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| MICHAEL KASS | | UNKNOWN |
| Nature of claim | CLAIMS RELATING TO POTENTIAL MISCONDUCT WHILE EMPLOYED BY SAE; CLAW BACKS OF COMPENSATION; CLAW BACKS OF INDEMNITIES AND CLAIMS AND CAUSES OF ACTION RELATED TO THE DERIVATIVE LAWSUIT | |
| Amount requested | UNKNOWN | |
| RYAN ABNEY | | UNKNOWN |

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| CROSS BORDER TAX ADJUSTMENTS | $33,500.00 |
| EMPLOYEE ADVANCES | $30,400.00 |
| INTERCOMPANY RECEIVABLE - SAE (AUSTRALIA) PTY. LTD. | $146,571.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION (AUSTRALIA) PTY. LTD. | $65,125.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION (CANADA) LTD. | $91,645.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION (COLOMBIA) S.A.S. | $12,150.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION (CYPRUS) LIMITED | $212,944.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION (MALAYSIA) SDN. BHD. | $230,344.00 |
| INTERCOMPANY RECEIVABLE - SAEXPLORATION MEXICO S. DE R.L. DE C.V. | $6,996.00 |
| OPERATING LEASE RIGHT OF USE ASSET | $3,106,716.00 |
| PAYROLL ADVANCES | $1,046.00 |

| 78 | Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $3,937,437.00 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $588,594.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $617,265.00 | |

Debtor    SAExploration Seismic Services (US), LLC          Case number (if known)   20-34306

(Name)

| | | | |
|---|---|---|---|
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $144,269.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,265.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,447,382.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNKNOWN |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. | **All other assets.** *Copy line 78, Part 11.* ＋ | $3,937,437.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $8,741,212.00   ＋ 91b. | UNKNOWN |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $8,741,212.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SAExploration Seismic Services (US), LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 20-34309 |

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

04/19

Be as complete and accurate as possible.

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name** CANTOR FITZGERALD SECURITIES | **Describe debtor's property that is subject to a lien** CERTAIN ASSETS OF THE DEBTOR | $20,500,000.00 | UNDETERMINED |
| | **Creditor's mailing address** 110 EAST 59TH STREET NEW YORK, NY 10022 | **Describe the lien** THIRD AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT | | |
| | **Creditor's email address** BYOUNG@CANTOR.COM | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 9/26/2018 | **Is anyone else liable on this claim?** ☐ No ☑ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| 2.2 | **Creditor's name** DELAWARE TRUST COMPANY | **Describe debtor's property that is subject to a lien** CERTAIN ASSETS OF THE DEBTOR | $29,000,000.00 | UNDETERMINED |
| | **Creditor's mailing address** 2711 CENTERVILLE RD WILMINGTON, DE 19808 | **Describe the lien** TERM LOAN AND SECURITY AGREEMENT | | |
| | **Creditor's email address** DDUGAN@DELAWARETRUST.COM | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 6/29/2016 | **Is anyone else liable on this claim?** ☐ No ☑ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes | ☑ Contingent ☑ Unliquidated ☐ Disputed | | |

Debtor SAExploration Seismic Services (US), LLC

(Name)

Case number (if known) 20-34306

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.3**

**Creditor's name**
WILMINGTON SAVINGS FUND SOCIETY, FSB

**Creditor's mailing address**
500 DELAWARE AVE.
11 FLOOR
WILMINGTON, DE 19899

**Creditor's email address**
PHEALY@WSFSBANK.COM

**Date or dates debt was incurred**
9/26/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
CERTAIN ASSETS OF THE DEBTOR

**Describe the lien**
6.0% SENIOR SECURED CONVERTIBLE NOTES DUE 2023

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Amount of claim: $60,000,000.00   Value of collateral: UNDETERMINED

| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $109,500,000.00 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor    SAExploration Seismic Services (US), LLC

United States Bankruptcy Court for the:    Southern District of Texas

Case number    20-34309
(if known)

☑ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address**<br><br>AGUILAR,JOSE<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|

| 2.2 | **Priority creditor's name and mailing address**<br><br>BACHLEDA,PARTRYCJUSZ<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.3 | **Priority creditor's name and mailing address**<br><br>CAMARILLO,JAVIER<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    SAExploration Seismic Services (US), LLC     Case number (if known)   20-34306

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.4 | **Priority creditor's name and mailing address**<br><br>CARDOZA,ROLANDO<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.5 | **Priority creditor's name and mailing address**<br><br>ESPRIELLA,PAULINO<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.6 | **Priority creditor's name and mailing address**<br><br>FYFE ,JEFFREY<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.7 | **Priority creditor's name and mailing address**<br><br>GALLANT ,DAVID<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.8 | **Priority creditor's name and mailing address**<br><br>HART,RAY<br>ADDRESSES REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE WAGES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   SAExploration Seismic Services (US), LLC          Case number (if known)   20-34306
         (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.9** **Priority creditor's name and mailing address**
MORALES,GIBRAN
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim
is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.10** **Priority creditor's name and mailing address**
MUNOZ-RAMIREZ,ALFONSO
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim
is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.11** **Priority creditor's name and mailing address**
MURILLO,WILLIAMS
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim
is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.12** **Priority creditor's name and mailing address**
NAVARRO,HECTOR
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim
is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.13** **Priority creditor's name and mailing address**
NIEHAUS,BRIAN
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim
is:**
*Check that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | SAExploration Seismic Services (US), LLC | Case number (if known) | 20-34306 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.14** **Priority creditor's name and mailing address**
OVIEDO,ABEL
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.15** **Priority creditor's name and mailing address**
SALAZAR,SANTIAGO
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.16** **Priority creditor's name and mailing address**
SCHARDER,DAYLE
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** **Priority creditor's name and mailing address**
SMITH,JAMES D
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** **Priority creditor's name and mailing address**
SORIANO,JOSE ANTONIO
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor  SAExploration Seismic Services (US), LLC          Case number (if known)  20-34306
        (Name)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19**

**Priority creditor's name and mailing address**
TREVINO, HUGO
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.20**

**Priority creditor's name and mailing address**
WARREN, RICHARD
ADDRESSES REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
SAEXPLORATION HOLDINGS, INC.
1160 DAIRY ASHFORD
SUITE 160
HOUSTON, TX  77079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** N/A

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $759,735.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
SAEXPLORATION UK LTD.
1160 DAIRY ASHFORD
SUITE 160
HOUSTON, TX  77079

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** N/A

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $718,034.00

| Debtor | SAExploration Seismic Services (US), LLC | Case number (if known) | 20-34306 |
|--------|------------------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>SAEXPLORATION, INC.<br>1160 DAIRY ASHFORD<br>SUITE 160<br>HOUSTON, TX 77079<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** N/A | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,866,432.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB<br>500 DELAWARE AVE<br>WILMINGTON, DE 19801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONVERTIBLE NOTES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | **UNDETERMINED** |
| **5b.** | Total claims from Part 2 | **5b.** + | $6,344,201.00 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $6,344,201.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | SAExploration Seismic Services (US), LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 20-34309 |

☑ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT | AGAPE CLEANING ENTERPRISES, INCORPORATED 6340 N.ELDRIDGE PKWY, SUITE N #434 HOUSTON, TX  77041 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | ALLEN LIVESTOCK LLP PO BOX 25 HOTCHKISS, CO  81419 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT | ALTA VISTA OIL CORPORATION 2611 E. HIGHWAY 4 CLEARMONT, WY  82835 USA |
| | **State the term remaining** | UNTIL COMPLETE | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY OCCUPANCY AGREEMENT | ANDREW WINFREY (CO) 1313 WILLIAMS ST #1100 DENVER, CO  80218 USA |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC                    Case number (if known)    20-34306

        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | SEISMIC DATA LICENSE | APACHE CORP. 303 VETRANS AIRPARK LANE MIDLAND, TX 79705 USA |

| | | |
|---|---|---|
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | SEISMIC DATA LICENSE |
| | **State the term remaining** | 9/25/2048 |
| | **List the contract number of any government contract** | |
| | | APACHE CORP. 303 VETRANS AIRPARK LANE MIDLAND, TX 79705 USA |
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT: MASTER SERVICES CONTRACT |
| | **State the term remaining** | UPON NOTICE |
| | **List the contract number of any government contract** | |
| | | APACHE CORPORATION 2000 POST OAK BLVD, SUITE 100 HOUSTON, TX 77056-4400 USA |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | NDA MULTI-CLIENT SEISMIC PROGRAMS |
| | **State the term remaining** | 6/18/2024 |
| | **List the contract number of any government contract** | |
| | | ASPIRE GEOPHYSICAL CORPORATION 1773 WESTBOROUGH DRIVE KATY, TX 77449 USA |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM |
| | **State the term remaining** | 12/31/2022 |
| | **List the contract number of any government contract** | |
| | | AZUGA 2570 N. FIRST ST., #200 SAN JOSE, CA 95131 USA |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT |
| | **State the term remaining** | 12/31/2022 |
| | **List the contract number of any government contract** | |
| | | AZUGA 41131, VINCENTI COURT NOVI, MI 48375 USA |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | GSA |
| | **State the term remaining** | UPON NOTICE |
| | **List the contract number of any government contract** | |
| | | BEAR CREEK OUTFITTERS 3481 SOUTH ELM STREET DENVER, CO 80222 USA |

Debtor    SAExploration Seismic Services (US), LLC                    Case number (if known)    20-34306

_(Name)_

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest** GSA | BYCO 504 AVENUE H ROSENBURG, TX  77471 USA |
| **State the term remaining** UPON NOTICE | |
| **List the contract number of any government contract** | |

ADDITION

| | |
|---|---|
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT | BYCO 9TH,10TH FLOOR, THE HARBOUR FRONT DOLMEN CITY HC-3, BLOCK-4, MARINE DRIVE CLIFTON, KARACHI-75600 PAKISTAN |
| **State the term remaining** OPEN | |
| **List the contract number of any government contract** | |

| | |
|---|---|
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest** ASSIGNMENT OF CONTRACT AND MSA | CABOT OIL & GAS CORPORATION 2000 PARK LANE DRIVE, SUITE 300 PITTSBURGH, PA  15275 USA |
| **State the term remaining** UPON NOTICE | |
| **List the contract number of any government contract** | |

| | |
|---|---|
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest** GSA WITH ADDENDUM | CARL TRIGG TRUCKING P.O. BOX 445 RICHMOND, OH  43944 USA |
| **State the term remaining** UPON NOTICE | |
| **List the contract number of any government contract** | |

ADDITION

| | |
|---|---|
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT | CGG LAND (U.S.) INC. 10300 TOWN PARK DRIVE HOUSTON, TX  77072 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

ADDITION

| | |
|---|---|
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLEMENT - PROJECT AGREEMENT | CGG LAND (U.S.) INC. 10300 TOWN PARK DRIVE HOUSTON, TX  77072 |
| **State the term remaining** UNTIL COMPLETE | |
| **List the contract number of any government contract** | |

Debtor    SAExploration Seismic Services (US), LLC                                   Case number (if known)    20-34306

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | MSA | CGG<br>10300 TOWN PARK DRIVE<br>HOUSTON, TX  77072<br>USA |
| | State the term remaining | 8/1/2021 | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | CH ROBINSON TRANSPORATION<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN  55347<br>USA |
| | State the term remaining | 9/18/2020 | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE | CITY OF BIG SPRING<br>RICKABAUGH DR W  MCMAHON-WRINKLE AIRPARK<br>BIG SPRING, TX  79720<br>USA |
| | State the term remaining | MONTH-TO-MONTH | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE AGREEMENT | CLAY#6-13645 N. PROMENADE, LLC<br>PO BOX 37109<br>HOUSTON, TX  77237-7109<br>USA |
| | State the term remaining | 9/30/2025 | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | GSA | CLEAN HARBORS<br>PO BOX 3442<br>BOSTON, MA  02241-3442<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT | CONOCOPHILLIPS COMPANY<br>660 NORTH DAIRY ASHFORD<br>HOUSTON, TX  77079<br>USA |
| | State the term remaining | 10/15/2022 | |
| | List the contract number of any government contract | | |

Debtor    SAExploration Seismic Services (US), LLC      Case number (if known)    20-34306

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | COUGAR LAND SERVICES<br>PO BOX 17147<br>SUGAR LAND, TX  77496-7147<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | DAUTERIVE CONTRACTORS<br>4700 E OLD JEANERETTE RD<br>NEW IBERIA, LA  70563<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | DESCO<br>P.O. BOX 1490<br>MAGNOLIA, TX  77353<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | DISCOVERY ACQUSITION (DAS)<br>4141 KATY HOCKLEY ROAD<br>KATY, TX  77493<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE CONTRACT | DOMINION ENERGY<br>925 WHITE OAKS BOULEVARD<br>BRIDGEPORT, WV  26330<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR - TRAVEL AGENCY FOR ACCOMODATIONS FOR 2020 | DRURY INN & SUITES<br>13075 MANCHESTER ROAD<br>SUITE 100<br>ST. LOUIS, MO  63131<br>USA |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC          Case number (if known) 20-34306
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | UTILITY - POWER SALES AGREEMENT | ENTRUST ENERGY INC. PO BOX 731396 DALLAS, TX 75373-1396 USA |
| | **State the term remaining** | 10/7/2023 | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | ERNST & YOUNG -NIGERIA 2020.01.28 | ERNST & YOUNG 10TH FLOOR UBA HOUSE 57, MARINA P.O. BOX 2442 MARINA LAGOS, N/A N/A NIGERIA |
| | **State the term remaining** | UPON NOTICE OR UNTIL COMPLETE | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | EXCEL DRILLING P.O. BOX 7034 BOZEMAN, MT 59771 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | EXPEDITED LOGISTICS (ELF'S) PO BOX 62127 HOUSTON, TX 77205 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR GEOPHYSICAL SERVICES | FAIRFIELD INDUSTRIES INC. D/B/A FAIRFIELD GEOTECHNOLOGIES 9811 KATY FREEWAY, SUITE 1200 HOUSTON, TX 77024 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | FLAGGER FORCE 8170 ADAMS DRIVE HUMMELSTOWN, PA 17036 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor   SAExploration Seismic Services (US), LLC

(Name)

Case number (if known) 20-34306

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | GREYCO PERSONNEL SERVICES, LLC<br>10550 BISSONNET STE 100<br>HOUSTON, TX  77099<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR GEOPHYSICAL SERVICES | GUNNISON ENERGY LLC<br>1601 FORUM PLACE , SUITE 1400<br>WEST PALM BEACH, FL  33401<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL AGREEMENT NO. 1 | GUNNISON ENERGY LLC<br>1601 FORUM PLACE , SUITE 1400<br>WEST PALM BEACH, FL  33401<br>USA |
| | **State the term remaining** | UNTIL COMPLETE | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT | H2O OFFICE (PURE WATER)<br>600 KENRICK DR., SUITE C29<br>HOUSTON, TX  77060<br>USA |
| | **State the term remaining** | 3/26/2021 | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | HELIQWEST INTERNATIONAL<br>11915 AIRPORT WAY<br>BROOMFIELD, CO  80021<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | HILLSBORO AVIATION<br>3845 NE 30TH AVENUE<br>HILLSBORO, OR  97124<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC          Case number (if known)   20-34306

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | HOLDER'S PEST SOLUTIONS<br>10530 ROCKLEY ROAD, SUITE 110<br>HOUSTON, TX  77099<br>USA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | HOLDER'S PEST SOLUTIONS<br>10530 ROCKLEY ROAD, SUITE 110<br>HOUSTON, TX  77099<br>USA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | HOLDER'S PEST SOLUTIONS<br>10530 ROCKLEY ROAD, SUITE 110<br>HOUSTON, TX  77099<br>USA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | JRP TRANSPORT<br>PO BOX 1017<br>BERTHOUD, CO  80513<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | LANDIN LANDSCAPE<br>114 BELKNAP CT<br>SUGAR LAND, TX  77478<br>USA |
| | **State the term remaining** | 9/10/2021 | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA WITH ADDENDUMS | LEE TRANSERVICES, INC.<br>415 SOUTH FIRST STREET, STE 200<br>LUFKIN, TX  75901<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | LONEWOLF OPERATING<br>7061 COMMERCIAL AVE.<br>BILLINGS, MT  59101<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY OCCUPANCY AGREEMENT | LOOP 540 LLC<br>8823 LOOP  540<br>BEASELY, TX  77417<br>USA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | MERIT ENERGY COMPANY LLC<br>13727 NOEL RD., SUITE 1200, TOWER 2<br>DALLAS, TX  75240<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT FOR GEOPHYSICAL SERVICES | MIDWEST AGENERGY GROUP<br>2841 3RD STREET SW<br>UNDERWOOD, ND  58576<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | OCCUPANCY AGREEMENT | OLD RIVER MARINE<br>1201 E. BRAZOS ST.<br>PO BOX 2258<br>FREEPORT, TX  77542<br>USA |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | PATHFINDER NAVIGATION<br>22503 LAIN ROAD<br>SPRING, TX  77379<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC

(Name)

Case number (if known)    20-34306

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | PEGASUS LOGISTICS<br>306 AIRLINE DRIVE, SUITE 100<br>COPPELL, TX  75019<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA | PENNSYLVANIA GENERAL ENERGY COMPANY, LLC<br>120 MARKET STREET<br>WARREN, PA  16365<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | POWDER RIVER TRANSPORTATION<br>1700 E. HWY 14-16<br>GILLETTE, WY  82716<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | ROUNDTREE & ASSOCIATES, INC.<br>210 TRACE COLONY PARK DR<br>RIDGELAND, MS  39157<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ACCOUNT AGREEMENT | SHELL FLEET NAVIGATOR<br>SHELL TECHNOLOGY CENTER<br>3333 HIGHWAY 6<br>HOUSTON, TX  77082<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT | SHRED-IT<br>10801 KEMPWOOD DRIVE<br>HOUSTON, TX  77043<br>USA |
| | **State the term remaining** | 8/13/2023 | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC                                    Case number (if known)    20-34306

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | GSA | SOUTH COAST HELICOPTER<br>230 N DALE PLACE, SUITE 100<br>FULLERTON, CA  92833<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT | SOUTHWEST SECURITY SYSTEMS<br>17117 WESTHEIMER #102<br>HOUSTON, TX  77082<br>USA |
| | State the term remaining | 9/10/2023 | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | GSA | SPECIAL FUEL SERVICES<br>PO BOX 159<br>KOUNTZE, TX  77625<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL SERVICE AGREEMENT | SWN PRODUCTION COMPANY, LLC<br>10000 ENERGY DRIVE<br>SPRING, TX  77389<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | GSA WITH ADDENDUM | SWZ SERVICES<br>PO BOX 1252<br>PREMONT, TX  78375<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | TGS-NOPEC GEOPHYSICAL COMPANY<br>10451 CLAY ROAD<br>HOUSTON, TX  77041<br>USA |
| | State the term remaining | UPON NOTICE | |
| | List the contract number of any government contract | | |

Debtor     SAExploration Seismic Services (US), LLC     Case number (if known)     20-34306
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENT - PROJECT AGREEMENT | TGS-NOPEC GEOPHYSICAL COMPANY<br>10451 CLAY ROAD<br>HOUSTON, TX  77041<br>USA |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA WITH ADDENDUM | TRAFFIC REGULATORS<br>7 REGULATORS LANE, SUITE # 1<br>AVOCA, PA  18641<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | TRAFFORD COMMERCE CENTER, INC.<br>1500 COMMERCE CIRCLE<br>TRAFFORD, PA  15085<br>USA |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA | TRANS PECOS TRUCKING<br>PO BOX 3588<br>ODESSA, TX  79760<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA WITH ADDENDUM | UNIVERSAL HELICOPTER<br>P.O. BOX 529, STATION C<br>HAPPY VALLEY-GOOSE BAY, NL  A0P 1C0<br>CANADA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA WITH ADDENDUM | URBAN SEISMIC<br>PO BOX 1266<br>NEW ULM, TX  78950<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC          Case number (if known)    20-34306
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER GEOPHYSICAL DATA ACQUISITION AGREMENT | VENTURE OIL & GAS, INC.<br>207 SOUTH 13TH AVENUE<br>LAUREL, MS  39440<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | VIBRA-TECH SERVICES<br>P.O. BOX 266<br>GLASGOW, KY  42141<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT SOFTWARE LICENSE | WESTERNGECO LLC<br>10001 RICHMOND AVENUE<br>HOUSTON, TX  77042-4299<br>USA |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY OCCUPANCY AGREEMENT | WESTLAKE FARMS INC.<br>23311 NEWTON AVENUE<br>STRATFORD, CA  93266-9732<br>USA |
| | **State the term remaining** | MONTH-TO-MONTH | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | GSA WITH ADDENDUM | WILDLIFE SPECIALISTS<br>942 CAMP TRAIL RD.<br>QUAKERTOWN, PA  18951<br>USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE | WSCB PROPERTIES (ROSENBERG)<br>PO BOX 50<br>THOMPSONS, TX  77481<br>USA |
| | **State the term remaining** | 12/1/2020 | |
| | **List the contract number of any government contract** | | |

Debtor    SAExploration Seismic Services (US), LLC                                           Case number (if known)    20-34306

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | XTO ENERGY INC. 22777 SPRINGWOODS VILLAGE PARKWAY SPRING, TX  77389 USA |
| | **State the term remaining** | UPON NOTICE | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | SAExploration Seismic Services (US), LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | 20-34309 |

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                                           4/19

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.1 NES, LLC | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | CANTOR FITZGERALD SECURITIES AS AGENT FOR THIRD AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |
| 2.2 NES, LLC | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | DELAWARE TRUST COMPANY AS AGENT FOR TERM LOAN AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |
| 2.3 NES, LLC | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR 6.00% SENIOR SECURED CONVERTIBLE NOTES DUE 2023 | ☑ D ☐ E/F ☐ G |
| 2.4 SAEXPLORATION HOLDINGS, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | CANTOR FITZGERALD SECURITIES AS AGENT FOR THIRD AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |
| 2.5 SAEXPLORATION HOLDINGS, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | DELAWARE TRUST COMPANY AS AGENT FOR TERM LOAN AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |
| 2.6 SAEXPLORATION HOLDINGS, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR 6.00% SENIOR SECURED CONVERTIBLE NOTES DUE 2023 | ☑ D ☐ E/F ☐ G |
| 2.7 SAEXPLORATION SUB, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | CANTOR FITZGERALD SECURITIES AS AGENT FOR THIRD AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |
| 2.8 SAEXPLORATION SUB, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | DELAWARE TRUST COMPANY AS AGENT FOR TERM LOAN AND SECURITY AGREEMENT | ☑ D ☐ E/F ☐ G |

Debtor   SAExploration Seismic Services (US), LLC                    Case number (if known)   20-34306

(Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.9 | SAEXPLORATION SUB, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR 6.00% SENIOR SECURED CONVERTIBLE NOTES DUE 2023 | ☒ D ☐ E/F ☐ G |
| 2.10 | SAEXPLORATION, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | CANTOR FITZGERALD SECURITIES AS AGENT FOR THIRD AMENDED AND RESTATED CREDIT AND SECURITY AGREEMENT | ☒ D ☐ E/F ☐ G |
| 2.11 | SAEXPLORATION, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | DELAWARE TRUST COMPANY AS AGENT FOR TERM LOAN AND SECURITY AGREEMENT | ☒ D ☐ E/F ☐ G |
| 2.12 | SAEXPLORATION, INC. | 1160 DAIRY ASHFORD SUITE 160 HOUSTON, TX 77079 | WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR 6.00% SENIOR SECURED CONVERTIBLE NOTES DUE 2023 | ☒ D ☐ E/F ☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>SAExploration Seismic Services (US), LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(if known)</td><td>20-34309</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/22/2020
        MM / DD / YYYY

✖ /s/ John Simmons
_____
Signature of individual signing on behalf of debtor

John Simmons
_____
Printed name

CFO and Vice President
_____
Position or relationship to debtor